**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Docket No. 2:13-cr-00090-NT-2 |
| | ) |
| HAMADI HASSAN, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION FOR COMPASSIONATE RELEASE**

Hamadi Hassan filed a *pro se* motion for compassionate release on August 23, 2021. Def.'s Mot. (ECF No. 207). After reviewing his motion, I issued an order to show cause why the motion should not be denied because Mr. Hassan had not established an extraordinary and compelling reason justifying his release. Order to Show Cause (ECF No. 208). Mr. Hassan responded to the order to show cause by filing an amended motion. Am. Mot. for Compassionate Release (ECF No. 209).

In his amended motion, Mr. Hassan acknowledges that he does not have any medical conditions, but he suspects that his immune system is "very weak" as a result of severe malnutrition. Am. Mot. for Compassionate Release 1. But Mr. Hassan also acknowledges that he has not had his immune system tested to verify his suspicions, nor does he offer any evidence in support of his hypothesis. Am. Mot. for Compassionate Release 1. Further, because Mr. Hassan has previously tested positive for SARS-COV-2 and was asymptomatic, and because he is now fully vaccinated, Am. Mot. for Compassionate Release 1, he has excellent protection against severe COVID-19 symptoms. Mr. Hassan thus falls well short of establishing an extraordinary and compelling reason that might justify his release.

The motion for compassionate release (ECF No. 209) is **DENIED**.

SO ORDERED.

/s/ Nancy Torresen<br>United States District Judge

Dated: October 5, 2021